**Frank Keith SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35475.**

Missouri Court of Appeals,
Western District.

Aug. 28, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 30, 1984.

Joseph H. Locascio, Sp. Public Defender,
Mimi Droll, Asst. Sp. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before DIXON, P.J., and SHANGLER and SOMERVILLE, JJ.

ORDER

PER CURIAM.

Appeal from denial of his Rule 27.26 motion without an evidentiary hearing.

Affirmed. Rule 84.16(b).